24-2145 U.S. v. Jimenez-Marquez. Mr. Acton you may proceed. Good morning, your honors. May it please the court. My name is Gregory Acton. I represent the appellant Octavio Jimenez-Marquez in this case and Mr. Jimenez appealed his conviction in this case because he was not given fair warning that what he was doing violated the law. Obviously he did violate the law but not this particular law, not 924 C, which imposes an additional five years mandatory to whatever other sentence he might get for what he was doing that was in violation of law. The court will remember that Mr. Jimenez was at his mother's house with a pickup truck unloading personal items out of the back of the pickup truck and because there was a, they had traced this truck as being stolen, a law enforcement approached and they discovered that there were drugs in the in the front of the in the cab of the of the vehicle and as well as firearms. It was a an assault style rifle in the passenger well and a pistol under the seat and there was next to a bag of drugs and under the seat but it was that pistol was unloaded. The ammunition for it might have been able to been sort through and a shaving kit bag in the back seat but the point the point of all this is that I mean he was he was a drug trafficker. He was in possession of drugs with intent to with the intent to sell those drugs. He'd been doing that and but he was in possession of firearms and but what he was doing was at the time that this 924c was rewritten by Congress. When it was rewritten Congress and everybody else knew what it meant to possess a firearm during and in relation to a drug trafficking crime. It was very clear we have to give an assortment here the Muscarelle case in 1998 the United States Supreme Court. We had a handgun locked in the truck's glove compartment and a bag a fireman a bag in the trunk of the car but that was during and in relation to the Bailey case from the DC Circuit. Let me stop you. You made a very interesting argument but is the issue whether in furtherance of is too vague language and we have lots of cases interpreting that language and it doesn't matter what in relation to means. We know that in relation to or we assume at least that in relation to covers more than acting in furtherance of or possessing in furtherance of but as long as we have clear guidance on what in furtherance of means why do we care what another provision means. Well it's the same provision and I think we care because it's it's what Congress tried to do with this. It's what Congress was Congress after the Bailey case US Supreme Court case said you know that you can't be having mere possession during in relationship to if you have mere possession Congress has got to put in the word possession and Congress looked at that and said okay we'll put in the word possession but we're gonna separate possession out from during in relation to. Don't we do disagree that we have a fair number of cases that make clear what in furtherance of means in this context. The problem with these cases that they don't they don't define it's not clear at all to me because they don't define the space in between in furtherance of and during in relation to. Why do we care about that if he knows what space is covered by in furtherance of why do we care whether he knows or anyone else knows what in relation to means. He's not he's not charged with that doesn't that isn't he on notice of what can get him in trouble what can get him criminally liable. I think what puts him on notice should be determined at the time the Congress was writing this thing because at the time they could because I think there's a whole body of law that a court can interpret it more or less narrowly and it's the once once it's been interpreted by the court and there are lots of decisions saying this is in further what in furtherance of means that's settled it may not have been as clear at the time it was enacted but the courts have interpreted to make it clear and I don't see what's unclear about the language in furtherance of you you make a good point that that in relation to means something different and you're curious about what that can mean and that's an interesting argument but I don't see how it has any relationship to whether in furtherance of is is too vague well I appreciate that your honor because I think you're focusing on the on the real point here because I have been searching for to understand I'm looking for an explanation here I'm looking for why is it that if I take the hypothetical drug dealer who's who we have a long list of cases that if you have if you have the feel like you have the fortress analogy from the Sixth Circuit but if you're using a firearm just to protect your drugs it's just there in the event that you need it and and it's and it's and now Congress is amending this and okay so now I know because what Congress just wrote that I can do that I can do that it's it's it's not that I can I may not be able to possess a firearm for some other reason and I certainly cannot be possessing the the drugs with the intent to distribute them and possess them otherwise but the Congress has just told me that if that's all I'm doing it's not an extra five years and that's clearly what Congress was trying to do and I don't think the courts are justified in ignoring what is the clear intention of Congress in amending this statute and they have not actually addressed that I'm sorry the intention of Congress Congress was upset with the court thinking that they weren't enforcing it broadly enough and so Congress went back in to give it greater reach not less but your honor then they narrowed it they did greater by get at they expanded by adding the word possession and then narrowed possession from during in relation to and no court has been able to explain in relation to it's it you can meet the requirement by just showing in furtherance up right so did your client have first of all you make a facial challenge on but you can't challenge a criminal statute facially if it doesn't impact First Amendment rights is it would you agree with that I I do your honor this is really about this as applied to your client as applied to your client as Judge Harts has pointed out we're looking at the in furtherance of language not the in relation to he wasn't charged with that he was charged in furtherance of but your honor I don't think that that is fair to read a statute in parsing it that way rather than reading it in context I think that's the proper statutory interpretation is to look at the language in the context and you have to pair those two terms those two phrases in this statute to be able to understand them and that can't be explained if that difference can't be explained then it's unconstitutionally vague is there any case that's found those in furtherance of vague I've not found cases arguing that about the converse I'm sorry aren't there cases that find this language is not vague well I think there are I think there are but I don't think it's I don't think it's making the argument that I'm making that they have because because yeah that the when the courts say that that's not vague they're saying well in furtherance we know what that means but they don't take on they never ever take on straight up what's the difference between those two because Congress clearly intended a difference well let's start with that so during in relation to is broader than in further you agree with that yes so what you're relying on is that in the past courts have found that during in relation to covers situations like the situation in this case correct so why does that mean that it's not also covered by in furtherance of the fact that the language before was broader and covered this doesn't mean that actions in furtherance of does not encompass what happened here it could it could have satisfied the during in relation to and still satisfy in furtherance of there may be other situations where it could satisfy during in relation to but it wouldn't satisfy in furtherance of but that's not the case we had but I can't find any explanation even theoretical as to what kind of facts fall in that space in what space the the space in between those two standards Congress said it's supposed to be a slightly higher standard they're two different standards they're not treated as if this is an as applied challenge why does your client get to challenge that you're your client was convicted based on in furtherance of and that's not vague I think it is vague if you are if you're understanding which these are kind of these are criminals understanding of the law is a fiction right but so it using that fiction we have a we have a a hypothetical criminal that understands the law and understands the jurisprudence underlining that and and looks at that amendment and says I can I can I can do this because Congress narrowed it it said that it said that you need something more than set just protection that's what they say because during for possession protection was during in relation to and Congress said you need something more and nobody can explain what that is so all I know is if I just hold that gun for protection I'm violating that law and if the loss and if the if the if the result is I am then it's so big as I can't explain how it's different it seems to me that in furtherance of is less bag less bag or more clear than in relation to it gets us back to the same place though it's it's it's not necessarily that you can't just clearly define in furtherance versus in relation to it's how those hats how in relationships is defined in the jurisprudence and Congress saying we need to if it's gonna be possession we need a closer connection but nobody can define what that connection is but that what is what is found in that closer that closeness what is that what is the fact scenario that makes this closer than a possession for protection because possession protection meets the lower standard how do you get to the higher standard system so let me we've been at the same issue the whole time that you've been arguing today but what you seem to be saying is we know that during and in relation to is broader than in furtherance of and you want to know what the difference is but as long as it's as long as it's within the in furtherance of who cares if during in relationship to during it in relation to is broader or how much broader it is because it's not a lower standard it's a higher standard during in relation to is it's but it's a lower standard I don't know if I'm following you don't have to prove as much for that so so why do we care what what more could have been covered if for possession it's I'm sorry go ahead it's I think as the government argued it's the difference between proponent proponents of the evidence and reasonable doubt we all know that if you've got a proponents of the evidence that's not enough reasonable doubt and I think it goes that direction I think it's like you can have enough for during a relationship to which with that but Congress intended that not to be enough so maybe we're not using the word broad and narrow the same but Congress intended that that would not be enough because it is a higher standard it's a closer connection mere possession for protection is not a sufficient connection and but what is that connection I'd like to why isn't that enough I mean our cases say that drug dealers carry guns both for protection from people that want to steal their drugs and money and to use offensively if they're of that type so who cares if it's for personal safety it's part of I could argue the policy of it but this is what Congress was intending when they wrote new words into this statute they had some reason to put in further and so all they had to do is say during a relationship to and all of this would have been covered without wording but but they put in in furtherance of and I'm going to give you a minute to address your second issue because I'm not gonna let you wait until you hear from the government and then give rebuttal when you haven't said anything direct so one minute to discuss the sufficiency of the oven oh you're on I really I don't need much time on that at all the the I think that I think that the insufficiency of the evidence is a natural byproduct I'm saying that you need some other kind of evidence to get you from the lower standard of the higher standard if we can't define what that is we don't know what it is we certainly didn't have it in this case okay thank you thank you mr. McKay thank you your honor may I please the court Lu Matei on behalf of the United States I want to start with what I think is the the central theme of the discussion that we just had and I think it really points to the key flaw in the defendants argument he's misunderstanding the relationship between in furtherance of and in relation to I think it's it's clear from this court's cases that in relation to is a broader circle that we're dealing with and that in furtherance of is a narrower subset of relationship within that broader circle if we're thinking of it as a Venn diagram in furtherance of is a smaller subset within in relation to and so if if as the court was indicating the problem is with that broader outer reach of the circle of in relation to cases those defects are not applicable to the in furtherance of scenario that we have here this case was only charged as an in furtherance of case it only went to the jury on that theory and that's the only version of 924 C that we have before the court in this case and so even if there are theoretically some issues at the periphery of in relation to those issues would not create a constitutional defect within the in furtherance of statute that we're dealing with here the key misunderstanding I think that the defendants brief makes is that in relation to and in furtherance over two completely separate things really the overlap here does not create ambiguity and I've thought of you know some analogies on this but the one that I keep coming back to from popular culture is if if we're on family feud and the category is green things in a forest the top answer might be trees right that's going to be a pretty common subset of in relation to but there are other green things in the forest and just because trees might take up a large portion of the playing field of the in relation to space that doesn't create ambiguity or any inability to distinguish between these two categories of things what's the point of having in furtherance of if it already is fully subsumed by in relation to your honor I think the answer to that question really comes from the Bailey case and then Congress's response to it when we're looking at the prior version of section 924 C of course pre Bailey it only criminalized use and carry of a firearm during and in relation to a drug trafficking crime in a case like this and the problem that the Bailey court found is that courts had been construing use and carry to include possession for protection the Bailey court says if Congress knew how to criminalize possession and here it didn't use that word it used the word use and carry and so to construe use or carry to include possession is a problem and so in that context all of those pre Bailey cases finding that possession for protection fell within that prior version of section 924 C all the sudden possession for protection was excluded from the scope of section 924 C and so Congress acts to fix that problem and that's where we have the current part of 924 C that is that issue in this case Congress amends it to add this new prong saying that possession in furtherance of a drug trafficking crime is now back within the scope of section 924 C and so it was clear that it was trying to correct the issue that the Bailey court pointed out at the same time it's long been a concern both of Congress and I think of the courts that we don't want to be criminalizing mere possession where a firearm is just incidentally present during an underlying crime that has always been something that's outside the scope of the statute and and that's why we that's why Congress here created this more strict intent element the in furtherance of component was added to make sure that we're not criminalizing mere possession incidental possession and so it added to me it still doesn't make it you still have the first category completely covers the second because and all you had to do was put possession with carry and use and it still be in relation to the drug crime so it still doesn't to me explain why you have the separate in furtherance of that is completely sustained under in relation to I think you know in addition to the concern about criminalizing mere possession you know I think there is some daylight between these two standards so accepting the defendants premise that we need to be able to clearly articulate some difference between the in relation to and in furtherance of standards I think the cases actually do shed some light on that the the in furtherance of standard is supposed to mean or or indicates that the firearm is going to help or promote or actively facilitate the underlying crime whereas in relation to is broader in the sense that it includes even the potential to facilitate and so we don't even we don't need to have actual facilitation even the potential of facilitation is enough during the end under an in relation to context and there's a case again under your Venn diagram example the in furtherance of would be completely with inside the diagram of the in relation to right I mean so aren't we interpreting in a way that makes them furtherance of surplusage well I don't think so because if we take the Venn diagram example where on this intent component the in furtherance of is completely contained within the in relation to universe they're paired with different acts elements right and so the the carrying and use is a narrower act component that is then paired with the broader intent component under that prong of the statute whereas on the act side for possession that's going to be much broader and every possession is going to include keep using or carrying and so we have this sort of inverted relationship between the acts component and the intent component and I think that's why would the government ever charge in furtherance of when they could make it easier on themselves by charging in relation to well I think the answer to that is because not every not every case is going to have the using and the carrying in a provable way possession as a much broader category of act be an example of that well I mean I think there's some good example in our in the case law actually so the the Combs case which is not I don't think it's cited in our briefs but it's discussed in this court's cases on this topic they give examples of a drug dealer who are a drug brought a drug buyer who goes to the dealers house and surreptitiously steals the dealers gun or there's the Schuller case from this court talking about firearms that were stolen as a loop of the robbery and so firearms in that context are possessed those firearms are in relation to the underlying crime but they're not being used to facilitate or to further the underlying crime and so I think cases like that really illustrate the space between these two standards in a way that you know even if it isn't a ton of space there is space there and I think there is logic to Congress crafting the statute in that way I know that sure why do you make it harder on yourselves by charging in furtherance of well I think the answer to that in a case like this is because you know we have solid evidence of possession but we don't necessarily have using and carrying like this defendant here you know clearly possessed the two firearms at issue he was in the driver's seat of this truck and right underneath that seat was one firearm and within arm's reach and the passenger seat was a loaded rifle he clearly possessed those firearms admitted to police that he had moved the rifle and so possession is easy to prove there but we don't necessarily have using or carrying those firearms other than the mere act of possession itself you see if I'm not understanding the history correctly the statute used to that was addressed in Bailey covered using or carrying a firearm in relation to during and in relation to a drug trafficking crime the Supreme Court said that language doesn't cover possession you have you have to be using or carrying it just possessing isn't enough so Congress could have changed the statute to prohibit using carrying or possessing in relation to a drug trafficking crime but possession never appeared in the subsection that you know that during in relation to instead they added to the charge to the prohibition on using or carrying a firearm in relationship to it in relation to a drug trafficking crime they added a second possession but only possession in furtherance of the drug trafficking crime so it's not like the government here could have prosecuted him for possessing a firearm in relation to a drug trafficking crime that's there's no statutory language allowing that is that that's correct that's absolutely correct your honor there is no prohibition on possessing in relation to an underlying crime and so you know really the the modified or the current version of section 924 C sets out these two separate avenues that the government can pursue either using carrying in relation to the underlying crime or possessing in furtherance of and so I take the court's questions and to perhaps be aimed at the idea of why did Congress add this different intent component the in furtherance of component when it wanted to address the possession for protection scenario and I think the reason it did that is as I indicated before there is concern about criminalizing innocent mere possession of a firearm and you know the classic example of this in the case law is the drug the drug dealer who has a stash of drugs in his house and has a firearm a hunting rifle that's unloaded locked away in a closet during a drug deal and so you know it's hard to say that that firearm is used or has some kind of strong nexus to the drug deal if it's a unloaded hunting rifle that's locked away similarly this court's cases like the island case for instance and even the facts of Bailey to a certain extent talk about you know the the proximity and accessibility of the firearms and so when these firearms are stored in a way or possessed in a way that they're not readily accessible or proximate to the underlying crime Congress wanted to be careful about not criminalizing scenarios like that and I think that really leads into the sufficiency argument here and I'll spend just a few moments discussing that of course I welcome the court's questions on any of the issues we're talking about but the sufficiency of the evidence here I think there's no real question or no real doubt that the firearms in this case were possessed in furtherance of the drug trafficking crime you know it's important to point out I think first that the defendant doesn't challenge the underlying drug trafficking activity or the conviction for possession with intent to distribute methamphetamine and so when we start applying the factors that this court has created and from the bastion case going forward to analyze whether we have possession in furtherance of a drug trafficking crime those factors all weigh in favor of the conviction here the two primary ones are the proximity and accessibility of this defendants firearms I mean this defendant had a revolver right under the driver's seat where he was seated right next to a large package of methamphetamine the rifle which was loaded in the front in the front passenger seat within arm's reach of where he was seated again that's clearly distinguishable from the facts of a case like Island or a case like Bailey where the firearms are stored some distance away or locked in a separate storage compartment away from the drugs that's not the facts that we have here I think on top of that we have a strong factual context in the time and circumstances underlying this particular defendants possession of these firearms there were text messages that the jury saw indicating both that this defendant had been asked by drug trafficking associates for firearms and then more to the point that he himself had been the subject of a drug-related robbery where he's indicating text messages and this is in the record at volume 3 356 to 358 he's receiving text messages or sending text messages saying that his storage of drugs had just been stolen and he needed some straps or some firearms to fix that situation and to himself and so we have specific evidence of this defendants particular intent with these firearms that he obtained them in response to being robbed of drugs himself and so the time and circumstances of this case strongly indicate that in furtherance of Nexus of course the type of activity here drug trafficking with you know over 500 grams of methamphetamine there was testimony that it was worth you know at least up to $10,000 something that a drug trafficker would certainly want to protect and then there was testimony about how each type of firearm in this case both the revolver and the rifle had particular advantages to drug traffickers either in the case of the revolver conceal ability or in the case of the rifle a longer range and the ability to store additional ammunition beyond what a revolver could hold the last two bashing factors here the legal status of these firearms this defendant was not legally permitted to possess any firearms because he was unlawfully present in the country on top of that the revolver had been reported stolen so both of those factors weigh in favor of a finding of that that in furtherance of was satisfied here and finally the defendant makes a point about the revolver being unloaded as compared to the rifle which was loaded with two rounds of ammunition but there was expert testimony in this case that even an unloaded revolver could be used to achieve the purpose of protection for the simple reason that the person on the other side of that firearm is not necessarily going to know whether it's loaded or not so if we're looking at the objective of protecting the drug trafficker that can be achieved whether the firearm is loaded or not that protection goal or component is only strengthened in the case of the rifle which actually was loaded could have easily been used to actually fire a bullet and so I welcome the court's questions if there are any let's so thank you counsel cases submitted counselor excused